

ORIGINAL

FILED

04/27/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 19-0099

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 19-0099

FILED

APR 27 2021

Bowen Greenwood
of Supreme Court
of Montana

FORD MOTOR COMPANY,

Petitioner,

v.

ORDER

MONTANA EIGHTH JUDICIAL
DISTRICT COURT, ELIZABETH BEST,

Respondent.

The above-captioned matter was submitted to the Supreme Court of the United States and the Court having ordered and adjudged on March 25, 2021, that the decision of the Montana Supreme Court is affirmed; this cause is remanded to the Montana Eighth Judicial District Court, the Honorable Elizabeth Best presiding, for such proceedings which may be had.

IT IS SO ORDERED.

The Clerk is directed to provide notice of this Order to counsel for Petitioner, all counsel of record in the Eighth Judicial District Cause No. ADV-18-247(B), and to the Honorable Elizabeth Best, presiding District Judge.

DATED this 27th day of April, 2021.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices

2